UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK
KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, P.A., <br><br>Petitioners, <br><br>v. <br><br>P. BARRETO, INC., FIELDSTONE CONTRACTING, INC., EMPCO CONTRACTING, INC., R.T.C.W., INC., MIKE HAYES STAMPED CONCRETE, S.F.C., SERVICES, INC., and SIKORA CUSTOM SYSTEMS, <br><br>Respondents. | HON. HAROLD A. ACKERMAN <br> CIVIL ACTION NO.: 07-985 <br><br><br><br>**ORDER** |

The above application for special appointment to serve process is GRANTED.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Federal Rule of Civil Procedure 4(G) filed with the Clerk together with the original process.

IT IS FURTHER ORDERED that entry hereof implies no ruling of the validity of such service.

Dated: 6/25/08            _Charlie Sankers_
                                    DEPUTY CLERK

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW